

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DEILI PORFIDI MAURICIO CANO,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  3:25-cv-03334-DMS-GC

**ORDER SETTING BRIEFING SCHEDULE**

This Court previously granted in part Petitioner's petition for writ of habeas corpus, ordering the Government to provide Petitioner an individualized bond hearing. (*See* ECF No. 12.)  While Petitioner received a bond hearing, the immigration judge determined she was a flight risk and, thus, denied her bond. (*See* ECF No. 15, ¶ 5.)  Petitioner now moves for further relief from the Court, arguing her bond hearing was constitutionally deficient. (*See id.* ¶¶ 5–6.)  The Court **ORDERS** Respondents to respond to Petitioner's motion by no later than **June 8, 2026**.  Petitioner may file a reply by no later than **June 11, 2026**.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the

3:25-cv-03334-DMS-GC

Court's resolution of the motion.  *See Doe v. Bondi*, No. 25-cv-805, 2025 WL 1870979, at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance.  The Court is dealing with unprecedented numbers of habeas petitions and related motions and will issue its decision as soon as possible.

**IT IS SO ORDERED.**

Dated:  June 1, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

3:25-cv-03334-DMS-GC