# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DEILI PORFIDI MAURICIO CANO,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  3:25-cv-03334-DMS-KSC

**ORDER REQUESTING ADDITIONAL EVIDENCE**

Before the Court is Petitioner's motion for further relief.  (ECF No. 15.)  The Court **ORDERS** Respondents to submit (1) the immigration judge's written decision denying bond and (2) the recording of the bond hearing to the Court no later than **June 26, 2026**.

**IT IS SO ORDERED.**

Dated:  June 12, 2026

Hon. Dana M. Sabraw
United States District Judge

1